JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOBEL SYSTEMS, INC., | Case No. ED CV 12-0877 FMO (OPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CELARTEM, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 16th day of September, 2013.

/s/
Fernando M. Olguin
United States District Judge